**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK,  EASTERN DISTRICT**

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | |
|---|---|
| DEMITRUS COOPER, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION | **Index Number:** 1:23-CV-01675-KAM-TAM |
| *vs* *Plaintiff* | **Client's File No.:** cooper vs. fire & ice tru |
| FIRE & ICE TRUCKING, CORP., CHERYL OWENS, AND PEDRO J. FORTUNATO | **Court Date:** |
| *Defendant* | **Date Filed:** 03/08/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**AFFIDAVIT OF SERVICE**

**DAINON WARD**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **3/17/2023**, at **7:53 AM** at: **540 OSBORN STREET, #1D , BROOKLYN, NY 11212** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT  CIVIL COVER SHEET**

On: **CHERYL OWENS** , Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Sex: Female | Color of skin: Black | Color of hair: Brown | Glasses: Yes |
| Age: 36-50 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 03/20/2023

*DGonzalez*
DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

DAINON WARD
DCA License # 2079049



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*