**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Demitrus Cooper, *on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action*,

                                        *Plaintiff*,

            - *against* -

Fire & Ice Trucking, Corp., Cheryl Owens, and
Pedro J. Fortunato,

                                        *Defendants*.
------------------------------------------------------------X

Case No.: 1:23-cv-01675-KAM-
TAM

**CERTIFICATE OF**
**DEFAULT**

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the Defendant Cheryl Owens has not filed an answer

or otherwise moved with respect to the complaint herein. The default of Cheryl Owens is hereby

noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
          April 21, 2023

                    Brenna B. Mahoney, Clerk of Court

                    By:  *Jalitza Poveda*
                         Deputy Clerk

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Demitrus Cooper, *on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action*,

|  | Case No.: 1:23-cv-01675-KAM-TAM |

                                        *Plaintiff*,

**CERTIFICATE OF DEFAULT**

    - *against* -

Fire & Ice Trucking, Corp., Cheryl Owens, and
Pedro J. Fortunato,

                                *Defendants*.
------------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Fire & Ice Trucking has not filed an answer or otherwise moved with respect to the complaint herein. The default of Fire & Ice Trucking is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

  Dated: Brooklyn, New York
        April 21, 2023

                  Brenna B. Mahoney, Clerk of Court

                  By: _____
                       Deputy Clerk

1