**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Demitrus Cooper, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                           *Plaintiff,*

      - *against* -

Fire & Ice Trucking, Corp., and Cheryl Owens,

                                          *Defendants.*
------------------------------------------------------------X

Case No.: 1:23-cv-01675

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on October 2, 2023, I have served a copy of Plaintiff Demitrus Cooper's (the "Plaintiff") Memorandum of Law, together with the Affidavit of Demitrus Cooper (the "Cooper Aff."), and the Declaration of Jason Mizrahi (the "Mizrahi Decl.") and the exhibits annexed thereto, in support of Plaintiff's motion for default judgment against Defendants Fire & Ice Trucking, Corp., and Cheryl Owens (the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) (the "Motion for Default"): (i) by USPS overnight mail, addressed to the individual(s) as indicated below:

| | |
|---|---|
| Fire & Ice Trucking, Corp.<br>300 Maspeth Ave.<br>Brooklyn, NY 11211 | Cheryl Owens<br>300 Maspeth Ave.<br>Brooklyn, NY 11211 |
| Fire & Ice Trucking, Corp.<br>540 Osborn St., #1D<br>Brooklyn, NY 11212 | Cheryl Owens<br>540 Osborn St., #1D<br>Brooklyn, NY 11212 |
| Fire & Ice Trucking, Corp.<br>514 Crescent St.<br>Brooklyn, NY 11208 | Cheryl Owens<br>514 Crescent St.<br>Brooklyn, NY 11208 |

Dated: New York, New York
      October 2, 2023

By:   /s/ Jason Mizrahi, Esq.
       Jason Mizrahi, Esq.
       Levin Epstein & Associates, P.C.
       60 East 42nd Street, Suite 4700
       New York, NY 10165
       Tel. No.: (212) 792-0048
       Email: Jason@levinepstein.com
       *Attorneys for Plaintiff*