**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Demitrus Cooper, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                      *Plaintiff,*

- against -

Fire & Ice Trucking, Corp., Cheryl Owens, and Pedro J. Fortunato,

                      *Defendants.*
------------------------------------------------------------X

Case No.: 1:23-cv-01675

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on December 20, 2023, I have served a true and correct copy of the December 19, 2023 Docket Order, entered by the Honorable Magistrate Judge Kiyo A. Matsumoto, by USPS mail, addressed to the individual(s) as indicated below:

                      Fire & Ice Trucking, Corp.
                      300 Maspeth Ave., Brooklyn, NY 11211

                      Fire & Ice Trucking, Corp.
                      540 Osborn St., #1D, Brooklyn, NY 11212

                      Fire & Ice Trucking, Corp.
                      514 Crescent St., Brooklyn, NY 11208

                      Cheryl Owens
                      300 Maspeth Ave., Brooklyn, NY 11211

                      Cheryl Owens
                      540 Osborn St., #1D, Brooklyn, NY 11212

                      Cheryl Owens
                      514 Crescent St., Brooklyn, NY 11208

Dated: New York, New York
       December 20, 2023

By:   <u>/s/ Jason Mizrahi, Esq.</u>
Jason Mizrahi, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*