# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

June 25, 2024

**<u>Via Electronic Filing</u>**
The Honorable Kiyo A. Matsumoto, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Cooper v. Fire & Ice Trucking, Corp. et al*
               <u>Case No.: 1:23-cv-01675-KAM-TAM</u>

Dear Honorable Judge Matsumoto:

      This law firm represents Plaintiff Demitrus Cooper (the "Plaintiff") in the above-referenced action.

      Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to strike the Affidavit filed on June 25, 2024 [Dckt. No. 31] from the docket.

      The basis of this request is that the filing was made erroneously. A revised, corrected Affidavit, with accompanying exhibit, is being re-filed simultaneously herewith

                              Respectfully submitted,

                              LEVIN-EPSTEIN & ASSOCIATES, P.C.

                              By: <u>*/s/ Jason Mizrahi*</u>
                                  Jason Mizrahi, Esq.
                                  60 East 42nd Street, Suite 4700
                                  New York, New York 10165
                                  Tel. No.:  (212) 792-0048
                                  Email: Jason@levinepstein.com
                                  *Attorneys for Plaintiff*

VIA ECF: All Counsel


**Encl.**