UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Demitrus Cooper, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                *Plaintiff*,

- against -

Fire & Ice Trucking, Corp., Cheryl Owens,

                                *Defendants*.
------------------------------------------------------------------------X

Case No.: 1:23-cv-01675

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on June 26, 2024, I have served a true and correct copy of the Affidavit of Demitrus Cooper, and the exhibit annexed thereto [Dckt. No. 33]: (i) by USPS overnight mail to the individual(s) as indicated below:

                              Fire & Ice Trucking, Corp.
                              300 Maspeth Ave., Brooklyn, NY 11211

                              Fire & Ice Trucking, Corp.
                              540 Osborn St., #1D, Brooklyn, NY 11212

                              Fire & Ice Trucking, Corp.
                              514 Crescent St., Brooklyn, NY 11208

                              Cheryl Owens
                              300 Maspeth Ave., Brooklyn, NY 11211

                              Cheryl Owens
                              540 Osborn St., #1D, Brooklyn, NY 11212

                              Cheryl Owens
                              514 Crescent St., Brooklyn, NY 11208

Dated: New York, New York
        June 26, 2024

|     |     |
| --- | --- |
| By: | /s/ Jason Mizrahi, Esq. |
|     | Jason Mizrahi, Esq. |
|     | Levin Epstein & Associates, P.C. |
|     | 60 East 42nd Street, Suite 4700 |
|     | New York, NY 10165 |
|     | Tel. No.: (212) 792-0048 |
|     | Email: Jason@levinepstein.com |
|     | *Attorneys for Plaintiff* |