UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEMITRUS COOPER, on behalf of himself and
others similarly situated in the proposed FLSA
Collective Action,

                          Plaintiff,                  JUDGMENT
      v.                                                   23-CV-1675 (KAM)(TAM)

FIRE & ICE TRUCKING, CORP., and
CHERYL OWENS,

                         Defendants.
------------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on July 9, 2024, granting in part and denying in part Plaintiff's Motion for Default Judgment; awarding Plaintiff Cooper the principal balance of $68,278.73 and pre-judgment interest at the daily rate of $8.42 from March 3, 2020, to the date of entry of judgment, July 9, 2024, totaling $13,379.38, as well as post-judgment interest at the rate set forth in 28 U.S. § 1961(a), from the date of the entry of judgment until the date of payment in full; awarding attorneys' fees in the amount of $6,279.38 and costs in the amount of $749.00; denying Plaintiff's request to certify this action as a FLSA collective action; dismissing without prejudice Plaintiff's NYLL claims for wage notice and wage statement violations; it is

      ORDERED and ADJUDGED that Plaintiff's Motion for Default Judgment is granted in part and denied in part; that Plaintiff Cooper is awarded a total amount of $88,686.49, along with statutory post-judgment interest, in accordance with this Memorandum and Order; that Plaintiff's request to certify this action as a FLSA collective action is denied; and that Plaintiff's NYLL claims for wage notice and wage statement violations are dismissed without prejudice.

Dated: Brooklyn, New York　　　　　　　　　　　Brenna B. Mahoney
　　　　July 9, 2024　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:　　_/s/Jalitza Poveda_
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk