UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Demitrus Cooper, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

- against -

Fire & Ice Trucking, Corp., Cheryl Owens,

                              *Defendants*.
-------------------------------------------------------------------X

Case No.: 1:23-cv-01675

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on July 9, 2024, I have served a true and correct copy of the Memorandum and Order, and the Default Judgment [Dckt. Nos. 35 & 36]: (i) by USPS overnight mail to the individual(s) as indicated below:

        Fire & Ice Trucking, Corp.
        300 Maspeth Ave., Brooklyn, NY 11211

        Fire & Ice Trucking, Corp.
        540 Osborn St., #1D, Brooklyn, NY 11212

        Fire & Ice Trucking, Corp.
        514 Crescent St., Brooklyn, NY 11208

        Cheryl Owens
        300 Maspeth Ave., Brooklyn, NY 11211

        Cheryl Owens
        540 Osborn St., #1D, Brooklyn, NY 11212

        Cheryl Owens
        514 Crescent St., Brooklyn, NY 11208

Dated: New York, New York
       July 9, 2024

                                            By: /s/ Jason Mizrahi, Esq.
                                            Jason Mizrahi, Esq.
                                            Levin Epstein & Associates, P.C.
                                            60 East 42nd Street, Suite 4700
                                            New York, NY 10165
                                            Tel. No.: (212) 792-0048
                                            Email: Jason@levinepstein.com
                                            *Attorneys for Plaintiff*