UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------,

*Demitrus Cooper on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

Case No: 1:23-cv-01675

*Plaintiff*s,

- against -

**AFFIRMATION OF SERVICE FOR SUBPOENA AND RESTRAINING NOTICE**

Fire & Ice Trucking Corp. and Cheryl Owens,

*Defendants*.
--------------------------------------------------------------X

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares that on April 21, 2025, I have served a true and correct copy of Plaintiff Demitrus Cooper's(the "Plaintiff") Information Subpoena and Restraining Notice propounded on Callahan & Fusco LLC as set forth below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

Callahan & Fusco LLC
Attn: Michael Clemente
103 Eisenhower Parkway, Suite 400
Roseland, NJ 07068
*By Certified Mail, Return Receipt Requested*

Dated: New York, New York
April 21, 2025

LEVIN EPSTEIN & ASSOCIATES, P.C.

By: /s/ Jason Mizrahi, Esq.
    Jason Mizrahi, Esq.
    420 Lexington Ave, Suite 2458
    New York, NY 10170

                                                                         Tel. No.: (212) 792-0048
                                                                         Email: Jason@levinepstein.com
                                                                         *Attorneys for Plaintiff*

Cc:     All parties via ECF