**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------,

*Demitrus Cooper on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action*,

Case No: 1:23-cv-01675

*Plaintiff*s,

**AFFIRMATION OF SERVICE**
**FOR SUBPOENA AND**
**RESTRAINING NOTICE**

- against -

Fire & Ice Trucking Corp. and Cheryl Owens,

*Defendants*.

-------------------------------------------------------------X

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares that on April 24, 2025, I have served a true and correct copy of Plaintiff Demitrus Cooper (the "Plaintiff") Information Subpoena and Restraining Notice propounded on FedEx Corporation and Federal Express as set forth below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

FedEx Corporation
Attn: Subpoena Unit
942 South Shady Grove Road
Memphis, TN 38120
*By Certified Mail*

FedEx Corporation
Attn: Subpoena Unit
28 Liberty Street
New York, NY 10005
*By Certified Mail*

FedEx Corporation
Attn: Subpoena Unit
3610 Hacks Cross Road
Memphis, TN 38125
*By Certified Mail*


Federal Express
Attn: Subpoena Unit
300 Maspeth Avenue
Brooklyn, NY 11211
*By Certified Mail*


Fire and Ice Trucking Corp.
Attn: Cheryl A. Owens
540 Osborn St. Apt. 1 D
Brooklyn, NY 11212
*By First-Class Mail*


Dated:  New York, New York
        May 2, 2025

                                LEVIN EPSTEIN & ASSOCIATES, P.C.

                                By: /s/ Jason Mizrahi, Esq.
                                    Jason Mizrahi, Esq.
                                    420 Lexington Ave, Suite 2458
                                    New York, NY 10170
                                    Tel. No.: (212) 792-0048
                                    Email: Jason@levinepstein.com
                                    *Attorneys for Plaintiff*


Cc:     All parties via ECF