**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------,

*Demitrus Cooper on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiffs*,

                     *- against -*

Fire & Ice Trucking Corp. and Cheryl Owens,

                              *Defendants*.
-----------------------------------------------------------X

Case No: 1:23-cv-01675

**AFFIRMATION OF SERVICE FOR SUBPOENA AND RESTRAINING NOTICE**

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares that on April 28, 2025, I have served a true and correct copy of Plaintiff Demitrus Cooper (the "Plaintiff") Information Subpoena and Restraining Notice propounded on JP Morgan Chase Bank NA as set forth below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

| | |
|---|---|
| JP Morgan Chase Bank NA<br>Court Orders and Levies<br>Mail Code LA4-7200<br>700 Kansas Lane<br>Monroe, LA 71203<br>*By Certified Mail* | Fire and Ice Trucking Corp.<br>Attn: Cheryl A. Owens<br>540 Osborn St. Apt. 1 D<br>Brooklyn, NY 11212<br>*By First-Class Mail* |

Dated: New York, New York
       May 2, 2025

LEVIN EPSTEIN & ASSOCIATES, P.C.

By: /s/ Jason Mizrahi, Esq.

                                                                        Jason Mizrahi, Esq.
                                                                        420 Lexington Ave, Suite 2458
                                                                        New York, NY 10170
                                                                        Tel. No.: (212) 792-0048
                                                                        Email: Jason@levinepstein.com
                                                                        *Attorneys for Plaintiff*

Cc:     All parties via ECF