UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Demitrus Cooper *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff,*

        - against -

Fire & Ice Trucking Corp., and Cheryl Owens,

                        *Defendants.*
-----------------------------------------------------------------X

Case No: 1:23-cv-01675

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares that on May 8, 2025, I have served a true and correct copy of Plaintiff Demitrus Cooper (the "Plaintiff") May 8, 2025 Notice of Motion for Turnover [Dckt. No. 41]; (ii) May 8, 2025 Memorandum of Law in Support of Plaintiffs' Motion for Turnover [Dckt. No. 41-1]; and the (iii) Declaration of Joshua D. Levin-Epstein, Esq., and the exhibits annexed thereto [Dckt. No.41-2 to 41-4]; as directed below to the parties identified below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

      **Via ECF**

      All parties

      **Via USPS certified mail return receipt requested, and first-class**

      Chase Bank
      Court Orders and Levies
      700 Kansas Lane
      Monroe, LA 71203-4774

**<u>Via Certified Mail, Return Receipt Requested</u>**
Fire & Ice Trucking Corp.
Attn: Cheryl A. Owens
540 Osborn St., Apt. 1D
Brooklyn, NY 11212

Fire & Ice Trucking Corp.
Attn: Cheryl A. Owens
300 Maspeth Ave
Brooklyn, NY 11211

Fire & Ice Trucking Corp.
Attn: Cheryl A. Owens
514 Crescent St.
Brooklyn, NY 11208

Dated: New York, New York
May 8, 2025

                LEVIN EPSTEIN & ASSOCIATES, P.C.

                By: /s/ Jason Mizrahi, Esq.
                    Jason Mizrahi, Esq.
                    420 Lexington Ave, Suite 2458
                    New York, NY 10170
                    Tel. No.: (212) 792-0048
                    Email: Jason@levinepstein.com
                    *Attorneys for Plaintiff*

Cc:    All parties via ECF