UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

DEMITRUS COOPER *on behalf himself and on behalf and others similarly situated in the proposed FLSA Collective Action*,

                                            Plaintiffs,

vs.

FIRE & ICE TRUCKING CORP., and CHERYL OWENS

                                            Defendants.
_____

Civil Action No.: 23-CV-01675-KAM-TAM

**AFFIRMATION OF SERVICE**

      I, MOKUT R. UDOFIA, an attorney duly admitted to practice in the State of New York, hereby affirms the following under the penalty of perjury:

      On May 19, 2025, I served a true copy of the signed Order to Show Cause and Temporary Restraining Order issued by the Honorable Kiyo A. Matsumoto on May 19, 2025, together with Defendant's May 16, 2025 submissions - the Order to Show Cause, Declaration of Cheryl Owens in support with exhibits and Memorandum in support, by delivering it via overnight priority mail with the United States Postal Service within the state and addressed to Plaintiff's Attorney, Joshua Levin-Epstein at his office 420 Lexington Avenue, Suite 2458, New York, NY 10170.

Dated: New York, New York
           May 19, 2025

                                                                           _/s/ Mokut R. Udofia_
                                                                           Mokut R. Udofia