# LEVIN-EPSTEIN & ASSOCIATES, P.C.

---

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

July 8, 2025

<u>*Via Electronic Filing*</u>
The Hon. Kiyo A. Matsumoto, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>*Cooper v. Fire & Ice Trucking, Corp. et al*</u>
        <u>Case No.: 1:23-cv-01675-KAM-TAM</u>

Dear Honorable Judge Matsumoto:

  This law firm represents Plaintiff Demitrus Cooper (the "Plaintiff") in the above-referenced action.

  Pursuant to Your Honor's Individual Motion Practice Rules, and the directives contained in Your Honor's July 3, 2025 Order, the instant letter respectfully serves to provide the Court with a status update in the above-referenced action.

  Plaintiff intends to call the following witness at the continued show cause hearing scheduled for 10:00 a.m. on July 11, 2025 (the "July 11th Order to Show Cause Hearing"):

1. Sean Ponds.

Plaintiff intends to introduce the following exhibits at the July 11th Order to Show Cause Hearing:

1. The Department of State, Division of Corporation Entity Information for Fire & Ice Trucking, Corp., as of July 8, 2025 at 10:40 a.m., annexed hereto as Exhibit "A";

2. The Summons and Verified Complaint dated August 12, 2022, in the action filed in the Supreme Court of the State of New York, Kings County, captioned *Juan Pena v. Demitrius Cooper et al* [523431/2022] (the "Kings County Action") annexed hereto as Exhibit "B";

3. The Final Award Order dated October 30, 2023, entered by Arbitrator Margarita Echevarria in the America Arbitration Association ("AAA") proceeding captioned *J&J Empire Express, Inc. d/b/a JEE v. Fed Ex Ground Package System, Inc.,* [Case No. 01-22-0004-2920] (the "AAA Proceeding"), annexed hereto as Exhibit "C-1"; and

4. The transcript of the arbitration hearing held on July 25, 2023 in the AAA Proceeding, annexed hereto as Exhibit "C-2".

    Respectfully Submitted,

    LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi, Esq.
    420 Lexington Avenue, Suite 2458
    New York, NY 10170
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.