# 9AW OFFICE OF ROBERT L. GREENER P.C.
### 136 Madison Avenue, 5th Floor
### New York, New York 10016
### (646)415-8920 Phone
### rlg@greenerlegal.com
### www.greenerlegal.com

July 9, 2025

<u>*Via ECF*</u>
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: <u>Cooper v. Fire & Ice Trucking, Corp. et al :Case No. 1:23-cv-01675-KAM-TAM</u>**

Dear Judge Matsumoto:

 Pursuant to your Order of July 8, 2025, the Exhibits Defendants is planning on using at trial are being overnighted to the Court.

 Also, the Exhibit originally identified in my Letter of July 8, 2025 are being submitted on ECF. To Wit:

Exhibit "1" will be the Independent service provider agreement between Federal Express and Fire & Ice.
Exhibit "2" Pay stubs for the weekly earnings for Mr. Copper.
Exhibit "3" will be the W-2s sent to Mr. copper from Fire and Ice.
Exhibit "4" will be Lease for Ms. Stewart
Exhibit "5" Photo of Fire & Ice Truck.
Exhibit "6" Tax return for Fire and Ice.
Exhibit "7" Scanner reports from Fire & Ice for Mr. Coopers Scanner.
Exhibit "8" Employment information from Federal Express regarding Mr. Copper showing the history of Mr. Cooper's employment. This will be in three parts. 7-a, 7-b. and 7-c.
Exhibit "9" incorporation documents for Fire & Ice.
Exhibit "10" change of address information filed by Fire & Ice with New York State.

The Court should note that the letter submitted on July 8, 2025 contained an error. Although Exhibit 2 above was identified in the letter, it was not separately marked as an exhibit. The current list corrects that mistake.

Respectfully submitted,

ROBERT L. GREENER

Cc: ECF
Joshua Levine-Epstein
Attorney for Plaintiff