Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 21825 | | Pay Period: 09/19/2020 - 09/25/2020 | Pay Date: 09/25/2020 |
|---|---|---|---|---|

| **Employee** | | | **SSN** | |
|---|---|---|---|---|
| Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | | | ***-**-6769 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 850.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - Paid Family Leave | | | -2.30 | -2.30 |
| NY - City Resident | | | -27.06 | -27.06 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -80.00 | -80.00 |
| Social Security Employee | | | -52.70 | -52.70 |
| Medicare Employee | | | -12.33 | -12.33 |
| NY - Withholding | | | -36.90 | -36.90 |
| NY - Disability Employee | | | -0.60 | -0.60 |
| | | | -211.89 | -211.89 |
| **Net Pay** | | | **638.11** | **638.11** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

**Employee Pay Stub**   Check number: 21928            Pay Period: 09/26/2020 - 10/02/2020    Pay Date: 10/02/2020

**Employee**                                           **SSN**
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207    ***-**-6769

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 32:00 | 21.25 | 680.00 | 1,530.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -1.84 | -4.14 |
| NY - City Resident | -19.67 | -46.73 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -59.00 | -139.00 |
| Social Security Employee | -42.16 | -94.86 |
| Medicare Employee | -12.33 | -24.66 |
| NY - Withholding | -26.55 | -63.45 |
| NY - Disability Employee | -0.60 | -1.20 |
|  | -162.15 | -374.04 |
| **Net Pay** | **517.85** | **1,155.96** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | | Check number: 22122 | | Pay Period: 10/03/2020 - 10/09/2020 | Pay Date: 10/09/2020 |
|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | |
|---|---|---|---|---|---|
| Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | | | | ***-**-6769 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 2,380.00 |

| **Taxes** | | | **Current** | **YTD Amount** |
|---|---|---|---|---|
| NY - Paid Family Leave | | | -2.30 | -6.44 |
| NY - City Resident | | | -25.39 | -72.12 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -209.00 |
| Social Security Employee | | | -52.70 | -147.56 |
| Medicare Employee | | | -12.32 | -36.98 |
| NY - Withholding | | | -34.57 | -98.02 |
| NY - Disability Employee | | | -0.60 | -1.80 |
|  | | | -197.88 | -571.92 |
| **Net Pay** | | | **652.12** | **1,808.08** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

**Employee Pay Stub**    Check number: 22113    Pay Period: 10/10/2020 - 10/16/2020    Pay Date: 10/16/2020

**Employee**    SSN

Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207    ***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 3,230.00 |

| **Taxes** | | | **Current** | **YTD Amount** |
|---|---|---|---|---|
| NY - Paid Family Leave | | | -2.30 | -8.74 |
| NY - City Resident | | | -25.39 | -97.51 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -279.00 |
| Social Security Employee | | | -52.70 | -200.26 |
| Medicare Employee | | | -12.33 | -49.31 |
| NY - Withholding | | | -34.56 | -132.58 |
| NY - Disability Employee | | | -0.60 | -2.40 |
| | | | -197.88 | -769.80 |
| **Net Pay** | | | **652.12** | **2,460.20** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 22241 | Pay Period: 10/17/2020 - 10/23/2020 | Pay Date: 10/23/2020 |

**Employee** | **SSN**
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | ***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 4,080.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - Paid Family Leave | | | -2.30 | -11.04 |
| NY - City Resident | | | -25.39 | -122.90 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -72.48 | -351.48 |
| Social Security Employee | | | -52.70 | -252.96 |
| Medicare Employee | | | -9.85 | -59.16 |
| NY - Withholding | | | -34.56 | -167.14 |
| NY - Disability Employee | | | -0.60 | -3.00 |
| | | | -197.88 | -967.68 |
| **Net Pay** | | | **652.12** | **3,112.32** |

Case 1:23-cv-01675-KAM-TAM    Document 78-2    Filed 07/09/25    Page 5 of 19 PageID #: 1637

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | | Check number: 22358 | | Pay Period: 10/24/2020 - 10/30/2020 | Pay Date: 10/30/2020 |
|---|---|---|---|---|---|

**Employee**  **SSN**
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207   ***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 4,930.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - Paid Family Leave | | | -2.30 | -13.34 |
| NY - City Resident | | | -25.39 | -148.29 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -421.48 |
| Social Security Employee | | | -52.70 | -305.66 |
| Medicare Employee | | | -12.33 | -71.49 |
| NY - Withholding | | | -34.56 | -201.70 |
| NY - Disability Employee | | | -0.60 | -3.60 |
| | | | -197.88 | -1,165.56 |
| **Net Pay** | | | **652.12** | **3,764.44** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

**Employee Pay Stub**    Check number: 22367        Pay Period: 10/31/2020 - 11/06/2020    Pay Date: 11/06/2020

**Employee**                                          **SSN**
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207    ***-**-6769

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 32:00 | 21.25 | 680.00 | 5,610.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -1.84 | -15.18 |
| NY - City Resident | -19.67 | -167.96 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -59.00 | -480.48 |
| Social Security Employee | -42.16 | -347.82 |
| Medicare Employee | -9.86 | -81.35 |
| NY - Withholding | -26.55 | -228.25 |
| NY - Disability Employee | -0.60 | -4.20 |
|  | -159.68 | -1,325.24 |

**Net Pay**    520.32    4,284.76

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 22630 | | | Pay Period: 11/07/2020 - 11/13/2020 | Pay Date: 11/13/2020 |
|---|---|---|---|---|---|

**Employee**  
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207

**SSN**  
***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 6,460.00 |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - Paid Family Leave | | | -2.30 | -17.48 |
| NY - City Resident | | | -25.39 | -193.35 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -550.48 |
| Social Security Employee | | | -52.70 | -400.52 |
| Medicare Employee | | | -12.32 | -93.67 |
| NY - Withholding | | | -34.56 | -262.81 |
| NY - Disability Employee | | | -0.60 | -4.80 |
| | | | -197.87 | -1,523.11 |

| **Adjustments to Net Pay** | | | Current | YTD Amount |
|---|---|---|---|---|
| Ticket Reimbursement | | | -50.00 | -50.00 |
| Toll Reimbursement | | | -19.00 | -19.00 |
| | | | -69.00 | -69.00 |

| **Net Pay** | | | **583.13** | **4,867.89** |
|---|---|---|---|---|

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 22713 | Pay Period: 11/14/2020 - 11/20/2020 | Pay Date: 11/20/2020 |
|---|---|---|---|

**Employee**  
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207

**SSN**  
***-**-6769

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 7,310.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -2.30 | -19.78 |
| NY - City Resident | -25.39 | -218.74 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -70.00 | -620.48 |
| Social Security Employee | -52.70 | -453.22 |
| Medicare Employee | -12.33 | -106.00 |
| NY - Withholding | -34.56 | -297.37 |
| NY - Disability Employee | -0.60 | -5.40 |
|  | -197.88 | -1,720.99 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Ticket Reimbursement |  | -50.00 |
| Toll Reimbursement |  | -19.00 |
|  |  | -69.00 |

| **Net Pay** |  | **652.12** | **5,520.01** |
|---|---|---|---|

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

| **Employee Pay Stub** | Check number: 22827 | Pay Period: 11/21/2020 - 11/27/2020 | Pay Date: 11/27/2020 |
|---|---|---|---|

**Employee**  
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207

**SSN**  
***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 32:00 | 21.25 | 680.00 | 7,990.00 |

| **Taxes** | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -1.84 | -21.62 |
| NY - City Resident | -17.99 | -236.73 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -49.00 | -669.48 |
| Social Security Employee | -42.16 | -495.38 |
| Medicare Employee | -9.86 | -115.86 |
| NY - Withholding | -24.21 | -321.58 |
| NY - Disability Employee | -0.60 | -6.00 |
|  | -145.66 | -1,866.65 |

| **Adjustments to Net Pay** | Current | YTD Amount |
|---|---|---|
| Ticket Reimbursement |  | -50.00 |
| Toll Reimbursement |  | -19.00 |
|  |  | -69.00 |

| **Net Pay** |  | 534.34 | 6,054.35 |
|---|---|---|---|

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

| **Employee Pay Stub** | Check number: 22922 | Pay Period: 11/28/2020 - 12/04/2020 | Pay Date: 12/04/2020 |

**Employee** | **SSN**
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | ***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 8,840.00 |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - Paid Family Leave | | | -2.30 | -23.92 |
| NY - City Resident | | | -25.39 | -262.12 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -739.48 |
| Social Security Employee | | | -52.70 | -548.08 |
| Medicare Employee | | | -12.32 | -128.18 |
| NY - Withholding | | | -34.57 | -356.15 |
| NY - Disability Employee | | | -0.60 | -6.60 |
| | | | -197.88 | -2,064.53 |

| **Adjustments to Net Pay** | | | Current | YTD Amount |
|---|---|---|---|---|
| Ticket Reimbursement | | | | -50.00 |
| Toll Reimbursement | | | | -19.00 |
| | | | | -69.00 |

| **Net Pay** | | | **652.12** | **6,706.47** |

---

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 7538 | | | Pay Period: 12/05/2020 - 12/11/2020 | Pay Date: 12/11/2020 |
|---|---|---|---|---|---|

**Employee**  **SSN**

Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207   ***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 9,690.00 |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - Paid Family Leave | | | -2.30 | -26.22 |
| NY - City Resident | | | -25.39 | -287.51 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -809.48 |
| Social Security Employee | | | -52.70 | -600.78 |
| Medicare Employee | | | -12.33 | -140.51 |
| NY - Withholding | | | -34.56 | -390.71 |
| NY - Disability Employee | | | -0.60 | -7.20 |
| | | | -197.88 | -2,262.41 |

| **Adjustments to Net Pay** | | | Current | YTD Amount |
|---|---|---|---|---|
| Ticket Reimbursement | | | | -50.00 |
| Toll Reimbursement | | | | -19.00 |
| | | | | -69.00 |

| **Net Pay** | | | **652.12** | **7,358.59** |
|---|---|---|---|---|

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

| **Employee Pay Stub** | | Check number: 23782 | | Pay Period: 12/12/2020 - 12/18/2020 | Pay Date: 12/18/2020 |

**Employee**  
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207

**SSN**  
***-**-6769

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 10,540.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - Paid Family Leave | | | -2.30 | -28.52 |
| NY - City Resident | | | -25.39 | -312.90 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -879.48 |
| Social Security Employee | | | -52.70 | -653.48 |
| Medicare Employee | | | -12.32 | -152.83 |
| NY - Withholding | | | -34.57 | -425.28 |
| NY - Disability Employee | | | -0.60 | -7.80 |
| | | | -197.88 | -2,460.29 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Ticket Reimbursement | | | | -50.00 |
| Toll Reimbursement | | | | -19.00 |
| | | | | -69.00 |
| **Net Pay** | | | **652.12** | **8,010.71** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | | Check number: 23901 | | | Pay Period: 12/19/2020 - 12/25/2020 | | Pay Date: 12/24/2020 |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | | | | | ***-**-6769 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Sick Time** | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly Wages | 32:00 | 21.25 | 680.00 | 11,220.00 | Current | 0:00 | 8:00 | -8:00 |
| Holiday/Sick Pay | 8:00 | 21.25 | 170.00 | 170.00 | YTD | 0:00 | | |
| | 40:00 | | 850.00 | 11,390.00 | | | | |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - Paid Family Leave | | | -2.30 | -30.82 |
| NY - City Resident | | | -25.39 | -338.29 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -70.00 | -949.48 |
| Social Security Employee | | | -52.70 | -706.18 |
| Medicare Employee | | | -12.33 | -165.16 |
| NY - Withholding | | | -34.56 | -459.84 |
| NY - Disability Employee | | | -0.60 | -8.40 |
| | | | -197.88 | -2,658.17 |

| **Adjustments to Net Pay** | Current | YTD Amount |
|---|---|---|
| Ticket Reimbursement | | -50.00 |
| Toll Reimbursement | | -19.00 |
| | | -69.00 |

| **Net Pay** | | | **652.12** | **8,662.83** |
|---|---|---|---|---|

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 23991 | | | Pay Period: 12/25/2020 - 12/31/2020 | | Pay Date: 12/31/2020 |

**Employee**  
Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207

**SSN**  
***-**-6769

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 32:00 | 21.25 | 680.00 | 11,900.00 |
| Holiday/Sick Pay | | | | 170.00 |
| | 32:00 | | 680.00 | 12,070.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -3.24 | -34.06 |
| NY - City Resident | -17.99 | -356.28 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -47.60 | -997.08 |
| Social Security Employee | -42.16 | -748.34 |
| Medicare Employee | -9.86 | -175.02 |
| NY - Withholding | -24.21 | -484.05 |
| NY - Disability Employee | -0.60 | -9.00 |
| | -145.66 | -2,803.83 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Ticket Reimbursement | | -50.00 |
| Toll Reimbursement | | -19.00 |
| | | -69.00 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | -8:00 |
| YTD | 0:00 | | |

**Net Pay**            534.34        9,197.17

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

---

**Employee Pay Stub**   Check number: 1003          Pay Period: 01/02/2021 - 01/08/2021   Pay Date: 01/08/2021

**Employee**                                         **SSN**

Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207    ***-**-6769

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 850.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -4.34 | -4.34 |
| NY - City Resident | -25.39 | -25.39 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -69.00 |
| Social Security Employee | -52.70 | -52.70 |
| Medicare Employee | -12.33 | -12.33 |
| NY - Withholding | -34.56 | -34.56 |
| NY - Disability Employee | -0.60 | -0.60 |
|  | -198.92 | -198.92 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | -8:00 |
| YTD | 0:00 | | |

**Net Pay**   651.08   651.08

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 1015 | | Pay Period: 01/09/2021 - 01/15/2021 | Pay Date: 01/15/2021 |

| **Employee** | | | **SSN** | |
| --- | --- | --- | --- | --- |
| Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | | | ***-**-6769 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly Wages | 40:00 | 21.25 | 850.00 | 1,700.00 |

| **Taxes** | Current | YTD Amount |
| --- | --- | --- |
| NY - Paid Family Leave | -4.34 | -8.68 |
| NY - City Resident | -25.39 | -50.78 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -138.00 |
| Social Security Employee | -52.70 | -105.40 |
| Medicare Employee | -12.32 | -24.65 |
| NY - Withholding | -34.56 | -69.12 |
| NY - Disability Employee | -0.60 | -1.20 |
| | -198.91 | -397.83 |

| **Net Pay** | | 651.09 | 1,302.17 |

| **Sick Time** | Accrued | Used | Available |
| --- | --- | --- | --- |
| Current | 0:00 | 0:00 | -8:00 |
| YTD | 0:00 | | |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 1025 | | | Pay Period: 01/16/2021 - 01/22/2021 | | Pay Date: 01/22/2021 |

| **Employee** | | | | | **SSN** | |
| Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | | | | | ***-**-6769 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wages | 32:00 | 21.25 | 680.00 | 2,380.00 |

| **Taxes** | Current | YTD Amount |
|---|---|---|
| NY - Paid Family Leave | -3.47 | -12.15 |
| NY - City Resident | -17.99 | -68.77 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -49.00 | -187.00 |
| Social Security Employee | -42.16 | -147.56 |
| Medicare Employee | -9.86 | -34.51 |
| NY - Withholding | -24.21 | -93.33 |
| NY - Disability Employee | -0.60 | -1.80 |
|  | -147.29 | -545.12 |

| **Sick Time** | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | 0:00 | -8:00 |
| YTD | 0:00 | | |

| **Net Pay** | | **532.71** | **1,834.88** |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking

Fire and Ice Trucking Corp
540 Osborn Street
Apt 1D
Brooklyn, NY 11212
347-452-4157

Demitrus G Cooper
1040 Barbey St, #1F
Brooklyn, NY 11207

| **Employee Pay Stub** | Check number: 1035 | | | Pay Period: 01/23/2021 - 01/29/2021 | | | Pay Date: 01/29/2021 |

| **Employee** | | | | | **SSN** | | | |
|---|---|---|---|---|---|---|---|---|
| Demitrus G Cooper, 1040 Barbey St, #1F, Brooklyn, NY 11207 | | | | | ***-**-6769 | | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Sick Time** | Accrued | Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly Wages | 40:00 | 21.25 | 850.00 | 3,230.00 | Current | 0:00 | 0:00 | -8:00 |
| **Taxes** | | | Current | YTD Amount | YTD | 0:00 | | |
| NY - Paid Family Leave | | | -4.34 | -16.49 | | | | |
| NY - City Resident | | | -25.39 | -94.16 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -69.00 | -256.00 | | | | |
| Social Security Employee | | | -52.70 | -200.26 | | | | |
| Medicare Employee | | | -12.33 | -46.84 | | | | |
| NY - Withholding | | | -34.56 | -127.89 | | | | |
| NY - Disability Employee | | | -0.60 | -2.40 | | | | |
| | | | -198.92 | -744.04 | | | | |
| **Net Pay** | | | **651.08** | **2,485.96** | | | | |

Fire and Ice Trucking Corp, 540 Osborn Street, Apt 1D, Brooklyn, NY 11212, 347-452-4157, Fire and Ice Trucking