## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

**2020** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 12070.00 | 996.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID no. (EIN) | 12070.00 | 748.34 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 12070.00 | 175.07 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other NYSDI 9.00 | 12b |
| Retirement plan | NYPFL 32.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 12070.00 | 484.02 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 12070.00 | 356.28 | NYC | |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS

This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2020** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 12070.00 | 996.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID no. (EIN) | 12070.00 | 748.34 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 12070.00 | 175.07 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other NYSDI 9.00 | 12b |
| Retirement plan | NYPFL 32.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 12070.00 | 484.02 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 12070.00 | 356.28 | NYC | |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

**2020** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 12070.00 | 996.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID no. (EIN) | 12070.00 | 748.34 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 12070.00 | 175.07 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other NYSDI 9.00 | 12b |
| Retirement plan | NYPFL 32.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 12070.00 | 484.02 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 12070.00 | 356.28 | NYC | |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS

NTF 2583713   0   AW24UP

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2020** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 12070.00 | 996.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| b Employer ID no. (EIN) | 12070.00 | 748.34 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 12070.00 | 175.07 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other NYSDI 9.00 | 12b |
| Retirement plan | NYPFL 32.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 12070.00 | 484.02 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 12070.00 | 356.28 | NYC | |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS

| Copy B—To Be Filed With Employee's FEDERAL Tax Return. | | | 2021 | OMB No. 1545-0008 |
|---|---|---|---|---|
| **a** Employee's SSN 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 | **1** Wages, tips, other comp. 18020.00 | | **2** Federal income tax withheld 1406.00 | |
| **b** Employer ID no. (EIN) 84-2291945 | **3** Social security wages 18020.00 | | **4** Social security tax withheld 1117.24 | |
| | **5** Medicare wages and tips 18020.00 | | **6** Medicare tax withheld 261.37 | |

**c** Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

**d** Control number

**e** Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other NYSDI 13.80 | 12b |
| Retirement plan | NYPFL 92.00 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 18020.00 | 701.78 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 18020.00 | 517.63 | NYC |

**Form W-2** Wage and Tax Statement — Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

---

Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return — 2021 OMB No. 1545-0008

a Employee's SSN 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
1 Wages, tips, other comp. 18020.00
2 Federal income tax withheld 1406.00
b Employer ID no. (EIN) 84-2291945
3 Social security wages 18020.00
4 Social security tax withheld 1117.24
5 Medicare wages and tips 18020.00
6 Medicare tax withheld 261.37

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other NYSDI 13.80 NYPFL 92.00

NY 84-2291945 18020.00 701.78
18 Local wages, tips, etc. 18020.00
19 Local income tax 517.63
20 Locality name NYC

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Copy C—For EMPLOYEE'S RECORDS** (See *Notice to Employee*.) — 2021 OMB No. 1545-0008

a Employee's SSN 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
1 Wages, tips, other comp. 18020.00
2 Federal income tax withheld 1406.00
b Employer ID no. (EIN) 84-2291945
3 Social security wages 18020.00
4 Social security tax withheld 1117.24
5 Medicare wages and tips 18020.00
6 Medicare tax withheld 261.37

c FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

e DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other NYSDI 13.80 NYPFL 92.00

NY 84-2291945 18020.00 701.78
18 Local wages, tips, etc. 18020.00
19 Local income tax 517.63
20 Locality name NYC

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

---

Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return — 2021 OMB No. 1545-0008

a Employee's SSN 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
1 Wages, tips, other comp. 18020.00
2 Federal income tax withheld 1406.00
b Employer ID no. (EIN) 84-2291945
3 Social security wages 18020.00
4 Social security tax withheld 1117.24
5 Medicare wages and tips 18020.00
6 Medicare tax withheld 261.37

c FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

e DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other NYSDI 13.80 NYPFL 92.00

NY 84-2291945 18020.00 701.78
18 Local wages, tips, etc. 18020.00
19 Local income tax 517.63
20 Locality name NYC

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

NTF 2584442    1   AW24UP

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

**2022** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 23035.36 | 1969.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 23035.36 | 1428.20 |
| b Employer ID no. (EIN) | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 23035.36 | 334.09 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other   NYSDI   15.00 | 12b |
| Retirement plan | NYPFL   117.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 23035.36 | 952.44 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 23035.36 | 712.65 | NYC |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2022** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 23035.36 | 1969.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 23035.36 | 1428.20 |
| b Employer ID no. (EIN) | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 23035.36 | 334.09 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other   NYSDI   15.00 | 12b |
| Retirement plan | NYPFL   117.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 23035.36 | 952.44 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 23035.36 | 712.65 | NYC |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

**2022** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 23035.36 | 1969.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 23035.36 | 1428.20 |
| b Employer ID no. (EIN) | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 23035.36 | 334.09 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other   NYSDI   15.00 | 12b |
| Retirement plan | NYPFL   117.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 23035.36 | 952.44 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 23035.36 | 712.65 | NYC |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

NTF 2585253   2   AW24UP

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2022** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 23035.36 | 1969.00 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 23035.36 | 1428.20 |
| b Employer ID no. (EIN) | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 84-2291945 | 23035.36 | 334.09 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other   NYSDI   15.00 | 12b |
| Retirement plan | NYPFL   117.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 23035.36 | 952.44 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 23035.36 | 712.65 | NYC |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

**2023** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 680.00 | 45.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 680.00 | 42.16 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 680.00 | 9.86 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other NYSDI 0.60 | 12b |
| Retirement plan | NYPFL 3.09 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 680.00 | 23.23 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 680.00 | 17.99 | NYC |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2023** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 680.00 | 45.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 680.00 | 42.16 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 680.00 | 9.86 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other NYSDI 0.60 | 12b |
| Retirement plan | NYPFL 3.09 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 680.00 | 23.23 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 680.00 | 17.99 | NYC |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS
(See *Notice to Employee*.)

**2023** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 680.00 | 45.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 680.00 | 42.16 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 680.00 | 9.86 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other NYSDI 0.60 | 12b |
| Retirement plan | NYPFL 3.09 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 680.00 | 23.23 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 680.00 | 17.99 | NYC |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS

NTF 2585820   3   AW24UP

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2023** OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 680.00 | 45.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 680.00 | 42.16 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 680.00 | 9.86 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other NYSDI 0.60 | 12b |
| Retirement plan | NYPFL 3.09 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 680.00 | 23.23 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 680.00 | 17.99 | NYC |

**Form W-2** Wage and Tax Statement    Dept. of the Treasury - IRS