# LAW OFFICE OF ROBERT L. GREENER P.C.
## 136 Madison Avenue, 5th Floor
### NEW YORK, NEW YORK 10016
### (646)415-8920 Phone
### rlg@greenerlegal.com
### www.greenerlegal.com

July 3, 2025

<u>*Via ECF*</u>
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Cooper v. Fire & Ice Trucking, Corp. et al :Case No. 1:23-cv-01675-KAM-TAM**

Dear Judge Matsumoto:

As per your Order of July 3rd, below is a list of witnesses and document Defendant will introduce at the July 11th hearing.

1. Shwan Ponds- Manager of Fire & Ice.
2. Cheryl Stewart -Owner of Fire & Ice.
3. Peter Stellatos -Accountant for Fire & Ice.

Documents which Plaintiff will produce at the hearing.

Exhibit "1" will be the Independent service provider agreement between Federal Express and Fire & Ice. Pay stubs for the weekly earnings for Mr. Copper.

Exhibit "2" will be the W-2s sent to Mr. copper from Fire and Ice.
Exhibit "3" will be Lease for Ms. Stewart
Exhibit "4" Photo of Fire & Ice Truck.
Exhibit "5" Tax return for Fire and Ice.
Exhibit "6" Scanner reports from Fire & Ice for Mr. Coopers Scanner.
Exhibit "7" Employment information from Federal Express regarding Mr. Copper showing the history of Mr. Cooper's employment.
Exhibit "8" incorporation documents for Fire & Ice.
Exhibit "9" change of address information filed by Fire & Ice with new York State.

Respectfully submitted,

ROBERT L. GREENER

1

Cc: ECF
Jason Mizrahi
Attorney for Plaintiff