# 2024 TAX RETURN

## Client Copy

**Client:** FIRENICE

**Prepared for:** FIRE & ICE TRUCKING CORP
1266 BLAKE AVENUE
BROOKLYN, NY 11208
(347) 452-4157

**Prepared by:** PETER STELLATOS, CPA
Tax Time NYC Inc.
65A & 67 Cuttermill Road
Great Neck, NY 11021
718-229-1004

**Date:** June 6, 2025

**Comments:**

**Route to:** _____  _____  _____

2024 S-Corporation Return
prepared for:

**FIRE & ICE TRUCKING CORP**
1266 BLAKE AVENUE
BROOKLYN, NY 11208

**Tax Time NYC Inc.**
65A & 67 Cuttermill Road
Great Neck, NY 11021

**TAX TIME NYC INC.**
**65A & 67 CUTTERMILL ROAD**
**GREAT NECK, NY 11021**
**718-229-1004**

June 6, 2025

FIRE & ICE TRUCKING CORP
1266 BLAKE AVENUE
BROOKLYN, NY 11208

Dear Client:

Your 2024 Federal S Corporation Income Tax return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879-CORP, E-file Authorization for Corporations. No tax is payable with the filing of this return.

Your 2024 New York S Corporation Franchise Tax Return will be electronically filed with the New York Department of Taxation and Finance upon receipt of a signed Form TR-579-CT. No tax is payable with the filing of this return.

Your 2024 New York City Corporation Income Tax Return will be electronically filed with the New York City Department of Finance upon receipt of a signed Form NYC 579-GCT. No tax is payable with the filing of this return. There is an overpayment of $3,414, of which $3,414 has been credited to your estimated tax for 2025.

Your estimated tax schedule for 2025 is listed below:

| Due Date | New York City | |
|---|---|---|
| 3/15/25 | $     375 | Paid |
| 6/16/25 | 0 | |
| 9/15/25 | 0 | |
| 12/15/25 | 0 | |
| | $     375 | |

You must distribute a copy of the 2024 Schedule K-1 to each shareholder. Be sure to give each shareholder a copy of the Shareholder's Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,


PETER STELLATOS, CPA

**Tax Time NYC Inc.**
65A & 67 Cuttermill Road
Great Neck, NY 11021
718-229-1004

Client FIRENICE
June 6, 2025

---

**FIRE & ICE TRUCKING CORP**
**1266 BLAKE AVENUE**
**BROOKLYN, NY 11208**
**(347) 452-4157**

---

### FEDERAL FORMS

| | |
|---|---|
| Form 1120S | 2024 U.S. S Corporation Income Tax Return |
| Schedule K-1 | Shareholder's Income, Deductions, Credits, etc. |
| Form 1125-A | Cost of Goods Sold |
| Form 4562 | Depreciation and Amortization |
| Form 7004 | Automatic Extension of Time to File |
| Form 7203 | S Corporation Shareholder Basis Limitation |
| Form 8879-CORP | E-file Authorization for Corporations |
| | Depreciation Schedules |

### NEW YORK FORMS

| | |
|---|---|
| Form CT-3-S | 2024 S Corporation Franchise Tax Return |
| Form CT-34-SH | Shareholder's Information Schedule |
| Form CT-399 | Depreciation Adjustment Schedule |
| Form CT-5.4 | Application for Automatic Extension |
| Form TR-579-CT | Signature Authorization |
| Form TR-579.1-CT | Signature Authorization - Extension |
| Form NYC-4S | 2024 NYC General Corporation Tax Return |
| NYC-ATT-S-CORP | Calculation of Federal Taxable Income for S Corps |
| Form NYC-399Z | NYC Depreciation Adjustments for Certain Post 9/10 |
| Form NYC-EXT | NYC Application for Automatic Extension |
| Form NYC 579-GCT | NYC Signature Authorization Form |
| | New York Depreciation Schedules |
| S/H Summary | New York Shareholder's Summary |

### FEE SUMMARY

Preparation Fee

---

Please make checks payable to: Tax Time NYC, Inc.
Upon Request - ACH Debit available for balances due
Venmo @PeterStellatos
Zelle - Peter@TaxTimeNYC.com

| 2024 | Federal Income Tax Summary | Page 1 |
|---|---|---|
| | FIRE & ICE TRUCKING CORP | |

|  | 2024 | 2023 | Diff |
|---|---:|---:|---:|
| **ORDINARY INCOME** | | | |
| Gross receipts less returns/allowance | 1,385,856 | 1,352,814 | 33,042 |
| Cost of goods sold (Form 1125-A) | 154,612 | 155,403 | -791 |
| Gross Profit | 1,231,244 | 1,197,411 | 33,833 |
| Total income (loss) | 1,231,244 | 1,197,411 | 33,833 |
| **ORDINARY DEDUCTIONS** | | | |
| Salaries/wages (less employment cr.) | 708,534 | 671,576 | 36,958 |
| Repairs and maintenance | 8,420 | 12,267 | -3,847 |
| Rents | 29,028 | 16,706 | 12,322 |
| Taxes and licenses | 75,767 | 68,422 | 7,345 |
| Depreciation | 14,694 | 13,424 | 1,270 |
| Advertising | 2,121 | 2,492 | -371 |
| Employee benefit programs | 4,600 | 1,173 | 3,427 |
| Other deductions | 382,823 | 349,511 | 33,312 |
| Total deductions | 1,225,987 | 1,135,571 | 90,416 |
| Ordinary business income (loss) | 5,257 | 61,840 | -56,583 |
| **REFUND OR AMOUNT DUE** | | | |
| Balance due | 0 | 0 | 0 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss) | 5,257 | 61,840 | -56,583 |
| **SCHEDULE K - ITEMS AFFECTING BASIS** | | | |
| Nondeductible expenses | 2,674 | 3,034 | -360 |
| **SCHEDULE K - OTHER INFORMATION** | | | |
| Income (loss) reconciliation | 5,257 | 61,840 | -56,583 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets | 142,079 | 72,013 | 70,066 |
| Beginning Liabilities & Equity | 142,079 | 72,013 | 70,066 |
| Ending Assets | 135,131 | 142,079 | -6,948 |
| Ending Liabilities & Equity | 135,131 | 142,079 | -6,948 |

| 2024 | Federal Balance Sheet Summary | Page 1 |
|---|---|---|
| | FIRE & ICE TRUCKING CORP | |

**ENDING ASSETS**

| | | |
|---|---:|---:|
| Cash | | 78,346 |
| Buildings and other assets | 133,256 | |
| Less: Accumulated depreciation | (77,628) | 55,628 |
| Intangible assets | 11,575 | |
| Less: Accumulated amortization | (10,418) | 1,157 |
| Total Assets | | 135,131 |

**ENDING LIABILITIES & EQUITY**

| | |
|---|---:|
| Other current liabilities | 21,720 |
| Other liabilities | 1 |
| Capital stock | 1,400 |
| Retained earnings | 112,010 |
| Total Liabilities and Equity | 135,131 |

| 2024 | New York Income Tax Summary | Page 1 |
|---|---|---|

FIRE & ICE TRUCKING CORP

|  | 2024 | 2023 | Diff |
|---|---:|---:|---:|
| **STATE TAX COMPUTATION** | | | |
| New York receipts | 1,385,856 | 1,352,814 | 33,042 |
| Fixed dollar minimum tax | 1,000 | 1,000 | 0 |
| Total tax after recapture of tax credits | 1,000 | 1,000 | 0 |
| Total Tax | 1,000 | 1,000 | 0 |
| Total Tax due | 1,000 | 1,000 | 0 |
| Total Tax due (Sm.Bus. T/P pays min tax) | 0 | 1,000 | -1,000 |
| **STATE PAYMENTS** | | | |
| Amount paid with extension | 1,000 | 0 | 1,000 |
| Total payments | 1,000 | 0 | 1,000 |
| **REFUND OR AMOUNT DUE** | | | |
| Overpayment | 0 | 0 | 0 |
| Balance due | 0 | 1,000 | -1,000 |

# Form 7203 (Rev. December 2022)

**S Corporation Shareholder Stock and Debt Basis Limitations**

Department of the Treasury — Internal Revenue Service

Attach to your tax return.
Go to www.irs.gov/Form7203 for instructions and the latest information.

OMB No. 1545-2302
Attachment Sequence No. 203

**Name of shareholder:** CHERYL OWENS
**Identifying number:** [redacted]

**A Name of S corporation:** FIRE & ICE TRUCKING CORP
**B Employer identification number:** [redacted]

**C** Stock block (see instructions): _____

**D** Check applicable box(es) to indicate how stock was acquired:
(1) ☐ Original shareholder  (2) ☐ Purchased  (3) ☐ Inherited  (4) ☐ Gift  (5) ☐ Other: _____

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation ... ☐

## Part I  Shareholder Stock Basis

| Line | Description | | Amount |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year | 1 | 109,427. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | 2 | |
| 3a | Ordinary business income (enter losses in Part III) — 3a | 5,257. | |
| 3b | Net rental real estate income (enter losses in Part III) — 3b | | |
| 3c | Other net rental income (enter losses in Part III) — 3c | | |
| 3d | Interest income — 3d | | |
| 3e | Ordinary dividends — 3e | | |
| 3f | Royalties — 3f | | |
| 3g | Net capital gains (enter losses in Part III) — 3g | | |
| 3h | Net section 1231 gain (enter losses in Part III) — 3h | | |
| 3i | Other income (enter losses in Part III) — 3i | | |
| 3j | Excess depletion adjustment — 3j | | |
| 3k | Tax-exempt income — 3k | | |
| 3l | Recapture of business credits — 3l | | |
| 3m | Other items that increase stock basis — 3m | | |
| 4 | Add lines 3a through 3m | 4 | 5,257. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | 5 | 114,684. |
| 6 | Distributions (excluding dividend distributions) | 6 | |
| | Note: If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | 7 | 114,684. |
| 8a | Nondeductible expenses — 8a | 2,674. | |
| 8b | Depletion for oil and gas — 8b | | |
| 8c | Business credits (sections 50(c)(1) and (5)) — 8c | | |
| 9 | Add lines 8a through 8c | 9 | 2,674. |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | 10 | 112,010. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | 11 | |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | 12 | |
| 13 | Other items that decrease stock basis | 13 | |
| 14 | Add lines 11, 12, and 13 | 14 | 0. |
| 15 | Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | 15 | 112,010. |

## Part II  Shareholder Debt Basis

### Section A — Amount of Debt (If more than three debts, see instructions.)

| | Description | (a) Debt 1 — Formal note / Open account | (b) Debt 2 — Formal note / Open account | (c) Debt 3 — Formal note / Open account | (d) Total |
|---|---|---|---|---|---:|
| 16 | Loan balance at the beginning of the corporation's tax year | | | | 0. |
| 17 | Additional loans (see instructions) | | | | |
| 18 | Loan balance before repayment. Add lines 16 and 17 | | | | 0. |
| 19 | Principal portion of debt repayment (this line doesn't include interest) | | | | |
| 20 | Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 | | | | 0. |

BAA  For Paperwork Reduction Act Notice, see separate instructions.    FDIA9998 09/29/22    Form **7203** (Rev. 12-2022)

Form 7203 (Rev. 12-2022)   FIRE & ICE TRUCKING CORP                                                             Page **2**

| Part II | Shareholder Debt Basis *(continued)* | CHERYL OWENS |

### Section B — Adjustments to Debt Basis

| # | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year. | | | | 0. |
| 22 | Enter the amount, if any, from line 17. | | | | |
| 23 | Debt basis restoration (see instructions). | | | | |
| 24 | Debt basis before repayment. Add lines 21, 22, and 23. | | | | 0. |
| 25 | Divide line 24 by line 18. | | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19. | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24. | | | | 0. |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis. | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0-. | | | | 0. |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d). | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0-. | | | | 0. |

### Section C — Gain on Loan Repayment

| # | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19. | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26. | | | | |
| 34 | **Reportable gain.** Subtract line 33 from line 32. | | | | |

| Part III | Shareholder Allowable Loss and Deduction Items |

| # | Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 35 | Ordinary business loss. | | | | | |
| 36 | Net rental real estate loss. | | | | | |
| 37 | Other net rental loss. | | | | | |
| 38 | Net capital loss. | | | | | |
| 39 | Net section 1231 loss. | | | | | |
| 40 | Other loss. | | | | | |
| 41 | Section 179 deductions. | | | | | |
| 42 | Charitable contributions. | | | | | |
| 43 | Investment interest expense. | | | | | |
| 44 | Section 59(e)(2) expenditures. | | | | | |
| 45 | Other deductions. | | | | | |
| 46 | Foreign taxes paid or accrued. | | | | | |
| 47 | **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30. | 0. | 0. | 0. | 0. | 0. |

Form **7203** (Rev. 12-2022)

FDIA999S  09/29/22

| | | |
|---|---|---|
| 2024 | **NY e-file Payment Record - Extension** | Page 1 |
| | FIRE & ICE TRUCKING CORP | |

Form Payment Record

The taxpayer's balance due will be paid electronically using the following information. Modify the bank and account information using the Direct Deposit / Electronic Payment input fields in Screen 3.1.

| | |
|---|---|
| Name of Bank | [redacted] |
| Routing Transit Number | [redacted] |
| Bank Account Number | [redacted] |
| Type of Account | Checking |
| Amount of Tax Payment | 1,000. |
| Tax Type | CT-5.4 |
| Requested Payment Date | 6/06/25 |
| Taxpayer's Daytime Phone Number | 347-452-4157 |

FDIL4001L 06/09/21

# New York Shareholder Summary

For income year beginning 1/01/24, and ending 12/31/24

Corporation name: FIRE & ICE TRUCKING CORP
Employer Identification number: [redacted]
Shareholder I.D. Number: [redacted]

NAME AND ADDRESS OF SHAREHOLDER

CHERYL OWENS
1266 BLAKE AVENUE
BROOKLYN, NY 11208

Business allocation percentage.................................................. 100.0000 %
Shareholder's percentage of stock ownership............................... 100 %

| | SHAREHOLDER'S SHARE OF INCOME, CREDITS, DEDUCTIONS, ETC. | NEW YORK AMOUNT (NONRESIDENTS ONLY) | FEDERAL K-1 AMOUNT |
|---|---|---|---|
| 1 | Ordinary Income (loss) from trade or business activities | | 5,257. |
| 2 | Net income (loss) from rental real estate activities | | |
| 3 | Net income (loss) from other rental activities | | |
| 4 | Portfolio income (loss) | | |
| 5 | Net gain (loss) under section 1231 (other than due to casualty or theft) | | |
| 6 | Other income (loss) | | |
| 7 | Total Income (loss) (add lines 1 through 6) | | 5,257. |
| 8 | Charitable Contributions | | |
| 9 | Section 179 expense deduction | | |
| 10 | Expenses related to portfolio income (loss) | | |
| 11 | Other deductions | | |
| 12 | Total deductions (add lines 8 through 11) | | |
| 13 | Federal tax preference items for minimum tax | | |
| 14 | Interest expense on investment debts paid or accrued | | |
| 15 | Total foreign taxes (check one) ☐ Paid ☐ Accrued | | |
| 16 | Reduction on foreign taxes | | |
| 17 | Tax-exempt income | | |
| 18 | Total Property distributions (including cash) other than dividend distributions | | |
| 19 | Other items required to be reported to shareholders | | |

**PART 1 – SHAREHOLDER'S SHARES OF MODIFICATIONS RELATED TO S CORPORATION ITEMS**

| | | | |
|---|---|---|---|
| 20 | New York franchise tax imposed under article 9-A | | 1,000. |
| 20a | New York taxes imposed under Article 24-A or Article 24-B and income taxes imposed by other taxing jurisdictions | | |
| 21 | ACRS and MACRS deduction ............ SEE ATTACHED | | 1,259. |
| 22 | Other additions | | |
| 23 | New York depreciation ..................... SEE ATTACHED | | 7,209. |
| 24 | Other Subtractions | | |
| 25 | Additions to itemized deductions | | |
| 26 | Subtractions from itemized deductions | | |

**PART 2 – SHAREHOLDER'S SHARES OF S CORPORATION NEW YORK TAX CREDITS AND TAXES ON EARLY DISPOSITIONS**

**START-UP NY TAX CREDITS**

| | | |
|---|---|---|
| 27 | START-UP NY business certificate number | |
| 28 | Year of the START-UP NY business tax benefit period | |
| 29 | START-UP NY telecommunication services excise tax credit (Form CT-640) | |
| 30 | Recapture of START-UP NY tax benefits (CT-645) | |
| 31 | START-UP NY tax elimination credit tax-free NY area allocation factor (Form CT-638) | |
| 32 | START-UP NY tax elimination credit business allocation factor (Form CT-638) | |

**START-UP NY TAX ELIMINATION CREDIT FACTORS FROM PARTNERSHIP**

| | | |
|---|---|---|
| 33 | START-UP NY partnership EIN | |
| 34 | START-UP NY business certificate number | |
| 35 | Year of the START-UP NY business tax benefit period | |
| 36 | START-UP NY tax elimination credit tax-free NY area allocation factor | |
| 37 | START-UP NY tax elimination credit business allocation factor | |

NYSL0212L 01/02/24

SHAREHOLDER 1

**PART 2 – SHAREHOLDER'S SHARES OF S CORPORATION NEW YORK TAX CREDITS AND TAXES ON EARLY DISPOSITIONS (continued)**

**INVESTMENT TAX CREDITS**
- 38 Investment tax credit and employment incentive credit (Form CT-46).........................
- 39 Investment tax credit on research and development property (Form CT-46)..............
- 39a Investment tax credit for eligible farmers on qualified property (Form CT-46)............
- 41 Tax on early dispositions (Form CT-44 or CT-46)..........................................................

**EMPIRE ZONE (EZ) TAX CREDITS**
- 42 EZ Investment tax credit (Form CT-603).......................................................................
- 44 Recapture tax credit: - EZ investment tax credit (Form CT-603 or CT-605)...............

**QUALIFIED EMPIRE ZONE ENTERPRISE (QEZE) TAX CREDIT**
- 45 QEZE credit for real property taxes (Form CT-606).....................................................
- 46 Net recapture of QEZE real property tax credit (Form CT-606)..................................
- 47 QEZE tax reduction credit employment increase factor (Form CT-604).....................
- 48 QEZE tax reduction credit zone allocation factor (Form CT-604)................................
- 49 QEZE tax reduction credit benefit period factor (Form CT-604)..................................

**QEZE TAX REDUCTION CREDIT FACTORS FROM PARTNERSHIP**
- 50 QEZE partnership employer identification number......................................................
- 51 QEZE partnership employment increase factor..........................................................
- 52 QEZE partnership allocation factor..............................................................................
- 53 QEZE partnership benefit period factor........................................................................

**FARMER'S SCHOOL TAX CREDIT**
- 54 Total acres of qualified agricultural property...............................................................
- 55 Total amount of eligible taxes paid...............................................................................
- 56 Total acres of qualified agricultural property converted to nonqualified use...............
- 57 Total acres of qualified conservation property.............................................................

**OTHER CREDITS**
- 58 Recapture of alternative fuels credit (Form CT-40)......................................................
- 59 Credit for employment of persons with disabilities (Form CT-41)...............................
- 60 Rehabilitation of historic properties credit (CT-238)....................................................
- 61 Recapture of rehabilitation of historic properties credit (CT-238)................................
- 62 Clean heating fuel credit (Form CT-241)......................................................................
- 63
- 64 Empire state commercial production center (CT-246).................................................
- 65 Empire state film production credit for the current year (Form CT-248).....................
- 66 Empire state film production credit for the second year (Form CT-248).....................
- 67 Empire state film production credit for the third year (Form CT-248).........................
- 68 Long-term care insurance credit (Form CT-249).........................................................
- 69 Credit for purchase of automated external defibrillator (Form CT-250).......................
- 70 Empire State film post-production credit for the current year (Form CT-261).............
- 71 Empire State film post-production credit for the second year (Form CT-261)............
- 72 Empire State film post-production credit for the third year (Form CT-261).................
- 73 Excelsior jobs tax credit component (Form CT-607)....................................................
- 74 Excelsior investment tax credit component (Form CT-607).........................................
- 75 Excelsior research and development tax credit component (Form CT-607)..............
- 76 Excelsior real property tax credit component (Form CT-607)......................................
- 76a Excelsior child care services tax credit component (Form CT-607)............................
- 77 Recapture of excelsior jobs program tax credit (Form CT-607)...................................
- 78 Brownfield redevelopment tax credit site preparation credit component (Form CT-611)...
- 79 Brownfield redevelopment tax credit tangible property credit component (Form CT-611)...
- 80 Brownfield redevelopment tax credit on-site ground water remediation credit component (Form CT-611)...
- 81 Recapture of brownfield redevelopment tax credit (attach Form CT-611)..................
- 82 Brownfield redevelopment tax credit site preparation credit component (attach Form CT-611.1)...
- 83 Brownfield redevelopment tax credit tangible property credit component (Form CT-611.1)...
- 84 Brownfield redevelopment tax credit on-site ground water remediation credit component (Form CT-611.1)...
- 85 Recapture of brownfield redevelopment tax credit (attach Form CT-611.1)...............
- 86 Brownfield redevelopment tax credit site preparation credit component (Form CT-611.2)...
- 87 Brownfield redevelopment tax credit tangible property credit component (Form CT-611.2)...
- 88 Brownfield redevelopment tax credit on-site ground water credit component (Form CT-611.2)...
- 89 Recapture of brownfield redevelopment tax credit (attach Form CT-611.2)...............
- 90 Remediated brownfield credit for real property taxes (Form CT-612).........................
- 91 Recapture of remediated brownfield credit for real property taxes (Form CT-612)....

SHAREHOLDER 1 : CHERYL OWENS

**PART 2 – SHAREHOLDER'S SHARES OF S CORPORATION NEW YORK TAX CREDITS AND TAXES ON EARLY DISPOSTIONS (continued)**

| | | |
|---|---|---|
| 92 | Environmental remediation insurance credit (Form CT-613) | |
| 93 | Recapture of environmental remediation insurance credit (Form CT-613) | |
| 94 | Security officer training tax credit (Form CT-631) | |
| 95 | Economic transformation and facility redevelopment program jobs tax credit component (Form CT-633) | |
| 96 | Economic transformation and facility redevelopment program investment tax credit component (Form CT-633) | |
| 97 | Economic transformation and facility redevelopment program job training tax credit component (Form CT-633) | |
| 98 | Economic transformation and facility redevelopment program real property tax credit component (Form CT-633) | |
| 99 | Recapture of economic transformation and facilities redevelopment program tax credit (CT-633) | |
| 100 | Taxicabs and livery service vehicles accessible to persons with disabilities credit (Form CT-236) | |
| 101 | QETC employment credit (DTF-621) | |
| 102 | QETC capital tax credit (DTF-622) | |
| 103 | Recapture of QETC capital tax credit (DTF-622) | |
| 104 | Low-income housing credit (Form DTF-624) | |
| 105 | Recapture of low-income housing credit (Form DTF-626) | |
| 106 | Empire state jobs retention credit (Form CT-634) | |
| 107 | Recapture of empire state jobs retention credit (Form CT-634) | |
| 108 | Urban youth jobs program credit (Form CT-635) | |
| 109 | Alcoholic beverage production credit for beer (Form CT-636) | |
| 110 | Alcoholic beverage production credit for cider (Form CT-636) | |
| 111 | Alcoholic beverage production credit for wine (Form CT-636) | |
| 112a | Alcoholic beverage production for liquor 2% (Form CT-636) | |
| 112b | Alcoholic beverage production for liquor 24% (Form CT-636) | |
| 113 | Alternative fuels and electric vehicle recharging property credit (Form CT-637) | |
| 114 | Recapture of alternative fuels and electric vehicle recharging property credit (Form CT-637) | |
| 115 | Real property tax credit for manufacturers (Form CT-641) | |
| 116 | Recapture of real property tax credit for manufacturers (Form CT-641) | |
| 117 | Empire state musical and theatrical production credit (CT-642) | |
| 118 | Hire a veteran credit (CT-643) | |
| 119 | Workers with disabilities tax credit (CT-644) | |
| 120 | Employee training incentive program tax credit (CT-646) | |
| 121 | Farm workforce retention credit (CT-647) | |
| 122 | Life sciences research and development tax credit *(Form CT-648)* | |
| 123 | Farm donations to food pantries credit *(Form CT-649; also see Form CT-34-SH-I regarding additional informational reporting)* | |
| 124 | Empire State apprenticeship tax credit *(Form CT-650)* | |
| 125 | Recovery tax credit (Form CT-651) | |
| 126 | Employer provided child care credit (Form CT-652) | |
| 127 | New York City musical and theatrical production tax credit (Form CT-654) | |
| 128 | Restaurant return-to-work credit (Form CT-655) | |
| 129 | COVID-19 capital costs credit (Form CT-657) | |
| 130 | Recapture COVID-19 capital costs credit (Form CT-657) | |
| 131 | Recapture of additional restaurant return-to-work tax credit (Form CT-658) | |
| 132 | Empire state digital gaming media production credit (CT-660) | |
| 133 | Farm employer overtime credit (CT-661) | |
| 134 | Child care creation and expansion credit (CT-662) | |
| 135 | Recapture of child care creation and expansion credit (CT-662) | |
| 136 | Commercial security credit (CT-633) | |
| 137 | Recapture of commercial security credit (CT-633) | |
| 138 | Other tax credit(s) and recapture(s) | |

**PASS-THROUGH ENTITY TAX (PTET)**

| | |
|---|---|
| New York State PTET Credit | |
| New York City PTET Credit | |
| Income | |

NYSL0212L 11/13/24

SHAREHOLDER 1 : CHERYL OWENS

**LINE 21**
**FEDERAL DEPRECIATION DEDUCTION FROM FORM CT-399**

FORM CT-399, PAGE 2, LINE 2, COLUMN E - EA-209............................ $    1,259.
                                                                  TOTAL $    1,259.

**LINE 23**
**ALLOWABLE NEW YORK DEPRECIATION DEDUCTION FROM FORM CT-399**

FORM CT-399, PAGE 2, LINE 2, COLUMN I - ES-213............................ $    7,209.
                                                                  TOTAL $    7,209.

SHAREHOLDER 1 : CHERYL OWENS

SPSL1201L 07/06/22