Department of Taxation and Finance
# Business Contact Information

## Taxpayer information

Taxpayer ID:

Taxpayer name:
FIRE & ICE TRUCKING, CORP.

## Address information

| Type | Address | Usage |
|---|---|---|
| Corporation Tax | 1266 BLAKE AVENUE<br>BROOKLYN, NY 11208<br>US | Mailing and Physical |
| Primary | 1266 BLAKE AVENUE<br>BROOKLYN, NY 11208<br>US | Physical |
| Withholding Tax | 1266 BLAKE AVENUE<br>BROOKLYN, NY 11208<br>US | Physical |

## Phone number information

| Type | Phone | Cell Phone | Work Phone | Extension |
|---|---|---|---|---|

## Transaction details

Confirmation number:
BADR2506062271811

Transaction date/time:
06/06/2025 12:26PM

Tax professional ID:
XXX-XX-0698

Tax professional name:
PETROS STELLATOS

Submitted by:
PETROS STELLATOS