# EXHIBIT 3

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

**2020** | OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 12070.00 | 996.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 12070.00 | 748.34 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 12070.00 | 175.07 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other NYSDI 9.00 | 12b |
| Retirement plan | NYPFL 32.66 | 12c |
| Third-party sick pay | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 12070.00 | 484.02 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 12070.00 | 356.28 | NYC | |

Form W-2 Wage and Tax Statement    Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2020** | OMB No. 1545-0008

(Same W-2 data as Copy B above)

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

**2020** | OMB No. 1545-0008

(Same W-2 data as above)

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2020** | OMB No. 1545-0008

(Same W-2 data as above)

Form W-2 Wage and Tax Statement    Dept. of the Treasury - IRS

NTF 2583713    0    AW24UP

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

**2021** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 18020.00 | 1406.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 18020.00 | 1117.24 |
|  | 5 Medicare wages and tips | 6 Medicare tax withheld |
|  | 18020.00 | 261.37 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other | 12b |
| Retirement plan | NYSDI 13.80 | 12c |
|  | NYPFL 92.00 |  |
| Third-party sick pay |  | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 18020.00 | 701.78 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 18020.00 | 517.63 | NYC | |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2021** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 18020.00 | 1406.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 18020.00 | 1117.24 |
|  | 5 Medicare wages and tips | 6 Medicare tax withheld |
|  | 18020.00 | 261.37 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other | 12b |
| Retirement plan | NYSDI 13.80 | 12c |
|  | NYPFL 92.00 |  |
| Third-party sick pay |  | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 18020.00 | 701.78 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 18020.00 | 517.63 | NYC | |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

**2021** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 18020.00 | 1406.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 18020.00 | 1117.24 |
|  | 5 Medicare wages and tips | 6 Medicare tax withheld |
|  | 18020.00 | 261.37 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee | 14 Other | 12b |
| Retirement plan | NYSDI 13.80 | 12c |
|  | NYPFL 92.00 |  |
| Third-party sick pay |  | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 18020.00 | 701.78 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 18020.00 | 517.63 | NYC | |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS
NTF 2584442   1   AW24UP

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2021** — OMB No. 1545-0008

| a Employee's SSN | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 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 | 18020.00 | 1406.00 |
| b Employer ID no. (EIN) | 3 Social security wages | 4 Social security tax withheld |
| 84-2291945 | 18020.00 | 1117.24 |
|  | 5 Medicare wages and tips | 6 Medicare tax withheld |
|  | 18020.00 | 261.37 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 13 Statutory employee | 14 Other | 12b |
| Retirement plan | NYSDI 13.80 | 12c |
|  | NYPFL 92.00 |  |
| Third-party sick pay |  | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 18020.00 | 701.78 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |
| 18020.00 | 517.63 | NYC | |

Form W-2 Wage and Tax Statement   Dept. of the Treasury - IRS

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

OMB No. 1545-0008 — 2022

| Box | Description | Amount |
|---|---|---|
| a | Employee's SSN | 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 |
| b | Employer ID no. (EIN) | 84-2291945 |
| 1 | Wages, tips, other comp. | 23035.36 |
| 2 | Federal income tax withheld | 1969.00 |
| 3 | Social security wages | 23035.36 |
| 4 | Social security tax withheld | 1428.20 |
| 5 | Medicare wages and tips | 23035.36 |
| 6 | Medicare tax withheld | 334.09 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

d Control number

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other: NYSDI 15.00; NYPFL 117.66

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 23035.36 | 952.44 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 23035.36 | 712.65 | NYC |

Form W-2  Wage and Tax Statement  Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008 — 2022

(Same data as Copy B above)

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

OMB No. 1545-0008 — 2022

(Same data as Copy B above)

Form W-2  Wage and Tax Statement  Dept. of the Treasury - IRS

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008 — 2022

(Same data as Copy B above)

Form W-2  Wage and Tax Statement  Dept. of the Treasury - IRS

NTF 2585253    2    AW24UP

## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

**2023** — OMB No. 1545-0008

| Box | Value |
|---|---|
| a Employee's SSN | 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 |
| b Employer ID no. (EIN) | 84-2291945 |
| 1 Wages, tips, other comp. | 680.00 |
| 2 Federal income tax withheld | 45.00 |
| 3 Social security wages | 680.00 |
| 4 Social security tax withheld | 42.16 |
| 5 Medicare wages and tips | 680.00 |
| 6 Medicare tax withheld | 9.86 |

c Employer's name, address, and ZIP code
FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

e Employee's name, address, and ZIP code
DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other: NYSDI 0.60; NYPFL 3.09

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 680.00 | 23.23 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| 680.00 | 17.99 | NYC |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service.

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2023** — OMB No. 1545-0008

Employee's SSN: 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
Employer ID no. (EIN): 84-2291945
1 Wages, tips, other comp.: 680.00
2 Federal income tax withheld: 45.00
3 Social security wages: 680.00
4 Social security tax withheld: 42.16
5 Medicare wages and tips: 680.00
6 Medicare tax withheld: 9.86

FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other: NYSDI 0.60; NYPFL 3.09
NY 84-2291945 680.00 23.23
18 Local wages: 680.00  19 Local income tax: 17.99  20 Locality: NYC

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

---

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee.)

**2023** — OMB No. 1545-0008

Employee's SSN: 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
Employer ID no. (EIN): 84-2291945
1 Wages, tips, other comp.: 680.00
2 Federal income tax withheld: 45.00
3 Social security wages: 680.00
4 Social security tax withheld: 42.16
5 Medicare wages and tips: 680.00
6 Medicare tax withheld: 9.86

FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other: NYSDI 0.60; NYPFL 3.09

| 15 State | Employer's state ID no. | 16 State wages | 17 State income tax |
|---|---|---|---|
| NY | 84-2291945 | 680.00 | 23.23 |

18 Local wages: 680.00  19 Local income tax: 17.99  20 Locality name: NYC

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

NTF 2585820  3  AW24UP

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

**2023** — OMB No. 1545-0008

Employee's SSN: 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
Employer ID no. (EIN): 84-2291945
1: 680.00  2: 45.00  3: 680.00  4: 42.16  5: 680.00  6: 9.86

FIRE AND ICE TRUCKING
65A & 67 CUTTERMILL ROAD
GREAT NECK, NY 11021

DEMITRUS G COOPER
#1F
1040 Barbey St
NEW YORK, NY 10027

14 Other: NYSDI 0.60; NYPFL 3.09
NY 84-2291945 680.00 23.23
18: 680.00  19: 17.99  20: NYC

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS