# EXHIBIT 9

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                          ONLINE FILING RECEIPT
================================================================================
ENTITY NAME: FIRE & ICE TRUCKING, CORP.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: KING
================================================================================

FILED:07/03/2019 DURATION:PERPETUAL CASH#:190703010191 FILE#:190703010191
                              DOS ID:5582001

     FILER:                                           EXIST DATE
     ------                                           ----------
     CHERYL OWENS                                     07/03/2019
     540 OSBORN ST #1D
     BROOKLYN, NY 11212

     ADDRESS FOR PROCESS:
     --------------------
     CHERYL OWENS
     540 OSBORN ST APT 1D
     BROOKLYN, NY 11212

     REGISTERED AGENT:
     -----------------
     PEDRO J. FORTUNATO
     514 CRESCENT STREET
     BROOKLYN, NY 11208

     STOCK: 200 NPV
```



```
The corporation is required to file a Biennial Statement with the Department of
State every two years pursuant to Business Corporation Law Section 408.
Notification that the Biennial Statement is due will only be made via email. Please
go to www.email.ebiennial.dos.ny.gov to  provide an email address to receive an
email notification when the Biennial Statement is due.
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

FEE:             130.00                              PAYMENTS       130.00
                 ------                                             ------
FILING:          125.00                              CHARGE         130.00
TAX:               0.00                              DRAWDOWN         0.00
PLAIN COPY:        5.00
CERT COPY:         0.00
CERT OF EXIST:     0.00
================================================================================
                                                     DOS-1025 (04/2007)
```

Authentication Number: 1907030266  To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# CERTIFICATE OF INCORPORATION
# OF
# FIRE & ICE TRUCKING, CORP.

Under Section 402 of the Business Corporation Law

I, the undersigned, a natural person of at least 18 years of age, for the purpose of forming a corporation under Section 402 of the Business Corporation Law of the State of New York hereby certify:

**FIRST:** The name of the corporation is:

**FIRE & ICE TRUCKING, CORP.**

**(English Translation is: FIRE & ICE TRUCKING, CORP.)**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is KINGS.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

CHERYL OWENS
540 OSBORN ST APT 1D
BROOKLYN, NY 11212

**SIXTH:** The corporation designates the following as its registered agent upon whom process against it may be served within the State of New York is:

PEDRO J. FORTUNATO
514 CRESCENT STREET
BROOKLYN, NY 11208

**SEVENTH:** The existence of the corporation shall begin upon filing of these Certificate of Incorporation with the Department of State.