**NEW YORK STATE**
Department of Taxation and Finance

# Business Contact Information

## Taxpayer information

**Taxpayer ID:**

**Taxpayer name:** FIRE & ICE TRUCKING, CORP.

## Address information

| Type | Address | Usage |
|---|---|---|
| Corporation Tax | 1266 BLAKE AVENUE<br>BROOKLYN, NY 11208<br>US | Mailing and Physical |
| Primary | 1266 BLAKE AVENUE<br>BROOKLYN, NY 11208<br>US | Physical |
| Withholding Tax | 1266 BLAKE AVENUE<br>BROOKLYN, NY 11208<br>US | Physical |

## Phone number information

| Type | Phone | Cell Phone | Work Phone | Extension |
|---|---|---|---|---|

## Transaction details

**Confirmation number:** BADR2506062271811

**Transaction date/time:** 06/06/2025 12:26PM

**Tax professional ID:** XXX-XX-0698

**Tax professional name:** PETROS STELLATOS

**Submitted by:** PETROS STELLATOS